IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00316-CV

 

In
the Interest of B.T.E., a Child,

 

 

 



From the County Court

Walker County, Texas

Trial Court No. 3608A

 



MEMORANDUM  Opinion



 








Appellant Jimmy Lee Evans, III has
filed a motion for voluntary dismissal, stating that he no longer wishes to
pursue this appeal.  See Tex. R.
App. P. 42.1(a)(1).  Appellee has not filed a response.  Dismissal of
this cause would not prevent a party from seeking relief to which it would
otherwise be entitled.

Appellant’s motion to dismiss is granted. 
The appeal is dismissed.

PER CURIAM

 

Before Chief
Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed January 9, 2007

[CV06]